IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV500-C

| | |
|---|---|
| ROBERT E. NICHOLS, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| UNIVERSAL FOREST PRODUCTS, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the parties' "Joint Motion to Transfer Venue to the Middle District of North Carolina" (document #18) filed April 16, 2008.

For good cause shown:

**IT IS HEREBY STIPULATED, AGREED, AND ORDERED** that this matter be transferred to the Middle District of North Carolina.

**SO ORDERED.**

Signed: April 16, 2008

Carl Horn, III
United States Magistrate Judge